UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PETER G. GARRUTO,  CASE NO.: 97-8225-CIV-HURLEY
 Magistrate Judge Lynch
    Plaintiff,

vs.

JAMES F. CLEARY,

    Defendant.
_____/

### DEFENDANT'S STATUS REPORT

Defendant, JAMES F. CLEARY ("Cleary"), by and through his undersigned counsel, files this Status Report pursuant to the Court's Order, and states as follows:

### Preamble

Defendant -- for reasons wholly outside Defendant's control -- was unable to participate in a filing a Joint Status Report as requested by the Court's Order. Plaintiff's Counsel, without any advance notice to Defendant's Counsel, refused to participate in filing a joint status report. Further, Plaintiff's Counsel generally refuses to communicate nor cooperate with Defense Counsel in any reasonable manner consistent with the Local Rules.[1] If Plaintiff's belligerent conduct continues, Defendant will file an appropriate motion relative to this situation.

---

[1] To date, Plaintiff's Counsel failed to respond (nor even acknowledge) three written requests and several telephone messages to participate in a Local Rule 16.1 conference.

## Defendant's Status Report

A.  **NATURE OF CLAIM:**

  1. Negligence/Personal Injury. Plaintiff (Florida citizen - bicyclist) contends Defendant (Massachusetts citizen - motorist) struck the rear of Plaintiff's bicycle, causing Plaintiff to fall and sustain personal injuries. Defendant denies all of Plaintiff's claims. Defendant further denies involvement in any traffic accident involving the Plaintiff. Defendant does not know of any unique legal issues herein.

  2. Plaintiff, to date, declined to specify any specific amount of damages. Upon information and belief, and for reasons and caselaw cited in the Notice of Removal, Defendant asserts the damages are in excess of the jurisdictional limits of this court.

B.  **SUMMARY OF ISSUES:**

  1. Liability -- and affirmative defenses thereto -- are the primary issue in this action. If Plaintiff establishes liability, damages remain a secondary issue.

C.  **PENDING MOTIONS:**

  1. Plaintiff's Verified Response to Defendant's Notice of Removal.[2]

  2. Defendant notes for information and scheduling purposes the pendency of an integrally related criminal case against Defendant before the Circuit Court of the 15th Judicial Circuit of Florida. Defendant entered a plea of not guilty to the charges therein, and is proceeding towards jury trial.

---

[2] Although the Response indicates a service date of April 4, 1997, Defendant first received a copy of the Response on April 22, 1997.

D.   **TRIAL:**

1.   Plaintiff demanded jury trial.

2.   Defendant estimates a two (2) to three (3) day trial.

**WE HEREBY CERTIFY** that we served a true and correct copy of the foregoing via U.S. Mail this 22nd day of April, 1997 to: Michael C. Knecht, Esq., Attorney for Plaintiff, 4440 PGA Boulevard, Suite 307, Palm Beach Gardens, FL 33410.

Respectfully submitted,

ECKERT SEAMANS CHERIN & MELLOTT
Attorneys for Defendant James Cleary
Las Olas Centre, Suite 800
450 East Las Olas Boulevard
Fort Lauderdale, FL 33301
954/523-0400 - Fax: 954/523-7002

By: _____
Henry Latimer, Esq.
Florida Bar No. 163217
Ronald M. Gunzburger, Esq.
Florida Bar No. 745250